**Order entered June 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00650-CR

**QUINTRICK DELANERO BICKHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-76654-H**

## ORDER

The reporter's record in this case indicates that DVD video recordings were admitted into evidence as State's Exhibits 5 and 64. Neither of them was filed with the reporter's record.

We **ORDER** Official Court Reporter Crystal R. Jones to file, within **FOURTEEN DAYS** of the date of this order, a supplemental reporter's record containing State's Exhibits 5 and 64.

/s/     LANA MYERS
        JUSTICE